PAGE SEED CO., Respondent, v. UPTON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by. the Page Seed Company against the Upton Company. No opinion. Judgment affirmed, with costs.

PAINE & WILLIAMS, INC., et al., Respondents, v. PENNSYLVANIA R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 20, 1909.) Action by Paine & Williams, Incorporated, and another against the Pennsylvania Railroad Company. No opinion. Judgment affirmed, with costs.

PALMER, Respondent, v. BUFFALO, R. & P. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 3, 1909.) Action by Johanna H. Palmer, as administratrix, etc., against the Buffalo, Rochester & Pittsburg Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event. Held, that the court erred in submitting the case to the jury under the provisions of the federal employer's liability act, and, further, that the plaintiff's intestate was guilty of contributory negligence as matter of law.

In re PARKER. (Supreme Court, Appellate Division, Fourth Department. March 10, 1909.) In the matter of the judicial settlement of the accounts of Eugene W. Parker, as administrator, etc. No opinion. Decree affirmed, with costs. and disbursements to the respondent, payable out of the estate of Delia Parker.

PARKINSON, Respondent. v. LORD'S COURT BUILDING et al., Appellants. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Action by Charles Parkinson against the Lord's Court Building and others. A. R. Hager, for appellants. W. C. Arnold, for respondent.

PER CURIAM. Judgment affirmed, with costs. Order filed.

INGRAHAM, J., dissents, on the ground that the evidence is not sufficient to show a consent by the appellant within the lien law.

PEARSALL, Appellant, v. New York Cent. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 27, 1909.) Action by David A. Pearsall against the New York Central & Hudson River Railroad Company. No opinion. Motion for leave to appeal to Court of Appeals denied, with $10 costs. See, also, 128 App. Div. 397, 112 N. Y. Supp. 872.

PEOPLE v. AHEARN. (Supreme Court, Appellate Division, First Department. March 26, 1909.) Proceedings by the people of the state of New York against John F. Ahearn. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. BADIA, Appellant. (Supreme Court, Appellate Division, Second Department. March 5, 1909.) Proceedings by the people of the state of New York against Francisco Della Badia. No opinion. Judgment of the County Court of Westchester county affirmed.

PEOPLE v. BARRY. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Proceedings by the people of the state of New York against John Barry. With this case has been consolidated in this court cases bearing titles as follows: People v. Walter K. Freeman; Same v. Warren Nelson; Same v. Vincenzo Enea; Same v. Pietro Giannona; Same v. Henry Hosier. No opinions. Motions denied, on condition that appellants have their appeals ready for argument at the May term. Orders filed.

PEOPLE v. BINGHAM et al. (Supreme Court, Appellate Division, First Department. February 26, 1909.) Proceedings by the people of the state of New York against Thomas Bingham and another. With this case has been consolidated in this court cases bearing titles as follows: Anna Bacouby v. U. S. Fidelity Co.; Geo. H. Montrose v. Michael Levenson; Hudson Companies v. John Breimer. No opinions. Applications for leave to appeal to Appellate Division denied, with $10 costs in each case. Orders signed.

PEOPLE v. BLINN. SAME v. BAUMEISTER. SAME v. WASHER. (Supreme Court, Appellate Division, First Department. March 12, 1909.) Proceedings by the people of the state of New York against Francis G. Blinn, against John J. Baumeister, and against Mayor Washer. No opinions. Motions denied, on condition that appellants have their appeals ready for argument at the April term. Orders filed.

PEOPLE, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Third Department. March 24, 1909.) Proceedings by the people of the state of New York against the city of Syracuse. No opinion. Motion granted.

PEOPLE v. COHEN. (Supreme Court, Appellate Division, First Department. February 11, 1909.) Proceedings by the people of the state of New York against Hyman Cohen. No opinion. Motion granted, unless appeal be ready for March term. Order filed.

PEOPLE, Respondent, v. FENDLY, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1909.) Proceedings by the people of the state of New York against James Fendly. No opinion. Judgment and order affirmed.

PEOPLE v. FITZPATRICK. (Supreme Court, Appellate Division, Fourth Department. March 17, 1909.) Proceedings by the people of the state of New York against James Fitzpatrick. No opinion. Motion to make printing of case and exceptions a charge against county of Onondaga denied, but district attorney direct-